UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES K. SEREIKA,<br><br>                              Plaintiff,<br><br>               -v-<br><br>STELLA REPAPINOS-SKLIAS, JOHN RAPP,<br>JOHN COPULOS and JOY COPULOS,<br><br>                              Defendants. | Case No.: 08 Civ. 4272<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby enters its appearance as counsel in this case for defendants and requests that copies of all notices and other papers in this case be sent to: Kenneth A. Schulman, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022.

    E-mail address: kschulman@pryorcashman.com

    The undersigned counsel certifies that he is admitted to practice in this Court.

Dated: New York, New York
       May 30, 2008

                                  PRYOR CASHMAN LLP

                                  By: /s/Kenneth A. Schulman
                                      Kenneth A. Schulman

                                Attorneys for Defendants
                                410 Park Avenue
                                New York, New York 10022
                                kschulman@pryorcashman.com
                                (212) 421-4100

To:    Anthony J. Messina, Esq
         Messina & Associates PC
         81 Main Street, Suite 118
         White Plains, New York 10601
         *Attorneys for Plaintiff*