UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES K. SEREIKA,

                                    Plaintiff,

                                                            Case No.: 08 Civ. 4272

                    -v-

                                                            **NOTICE OF APPEARANCE**

STELLA REPAPINOS-SKLIAS, JOHN RAPP,
JOHN COPULOS and JOY COPULOS,

                                    Defendants.

To the Clerk of this Court and all parties of record:

   **PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby enters its appearance as counsel in this case for defendants and requests that copies of all notices and other papers in this case be sent to:  Nia J.C. Castelly, Esq., at Pryor Cashman LLP, 410 Park Avenue, New York, New York 10022.

   E-mail address:  ncastelly@pryorcashman.com

   The undersigned counsel certifies that she is admitted to practice in this Court.

Dated: New York, New York
   May 30, 2008


        PRYOR CASHMAN LLP


        By:___/s/ Nia J.C. Castelly_____
          Nia J.C. Castelly

        Attorneys for Defendants
        410 Park Avenue
        New York, New York 10022
        ncastelly@pryorcashman.com
        (212) 421-4100

To:  Anthony J. Messina, Esq
   Messina & Associates PC
   81 Main Street, Suite 118
   White Plains, New York 10601
   *Attorneys for Plaintiff*